# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Noble Supply & Logistics, LLC**

vs.

**Rebecca Curry**

Action No:   5:23cv65
Date:   5/10/2024
Judge:   Elizabeth K. Dillon
Court Reporter:   L. Blair
Deputy Clerk:   C. Kemp

| **Plaintiff Attorneys** | **Defendant Attorneys** |
| --- | --- |
| Peter Farley | Craig Kubiak |
| Daniel Peyton | Joshua Long |

### LIST OF WITNESSES

| **PLAINTIFF:** | **DEFENDANT:** |
| --- | --- |
| 1. Rebecca Curry | 1. Kristi Strang |
| 2. Stacy Williamson | 2. Rebecca Curry |

**PROCEEDINGS:**
Parties present for argument on Plaintiff's Motion for Preliminary Injunction (ECF3) and Defendant's Motion to Dismiss for Failure to State a Claim (ECF23).
Opening statements.
Evidence entered as reflected in the record.
Court ordered TRO to remain in place until court makes decision on preliminary injunction and will be amended before 1pm on Monday, May 13th.
Parties agree to continue hearing on Defendant's Motion to Dismiss for Failure to State a Claim (ECF23)

**Time in Court:** 8:57a-10:48a,10:58a-12:40p,1:20p-3:05p,3:15p-4:35p  6h38mins